# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PHEBE CONCEPTION WILLIAMS,

        Plaintiff,

v.

OFFICER GONZALES, SGT JACKSON, ANDREW HOLZEM, and LISA SAFFOLD,

        Defendants.

Case No. 20-CV-1084-JPS

**ORDER**

On January 4, 2022, the Court ordered Plaintiff to elect a method of serving her complaint. (Docket #5). On January 19, 2022, Plaintiff requested service by the U.S. Marshals Service. (Docket #6).

Accordingly,

**IT IS ORDERED IT IS FURTHER ORDERED** that the U.S. Marshals Service shall serve a copy of the complaint (Docket #1) and the screening order (Docket #4) upon Defendants pursuant to Federal Rule of Civil Procedure 4. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). Although Congress requires the Court to order service by the U.S. Marshals Service, it has not made any provision for these fees to be waived either by the Court or by the U.S. Marshals Service. The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3). The U.S. Marshals Service will give Plaintiff information on how to remit payment. The Court is not involved in collection of the fee; and

**IT IS FURTHER ORDERED** that Defendants shall file a responsive pleading to the complaint.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge